■ THE PEOPLE OF THE STATE OF NEW YORK; Respondent, v. JOSEPH EDWARD AINSWORTH, Appellant.— Judgment of the County Court, Suffolk County, rendered December 27, 1968 on resentence, affirmed. The Parole

Board has broad power to decide when a prisoner serving a sentence like the one here imposed is fit for release to the community; and the board may require psychiatric care as a condition of parole if it deems such condition advisable. Christ, Acting P. J., Benjamin, Martuscello and Kleinfeld, JJ., concur; Munder, J., not voting.